# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JASON ELLENWOOD,<br><br>        Plaintiff,<br><br>        v.<br><br>HEAD OF THE MEDICAL COMMITTEE OF THE DEPARTMENT OF CORRECTIONS,<br><br>        Defendant, | Case No.  C08-5197FDB/JKA<br><br>ORDER TO SHOW CAUSE |

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.  Plaintiff has been granted leave to proceed *in forma pauperis*.  Plaintiff does not name the defendant in this action by name, only by title.

The court has attempted to serve the action and the Washington State Attorney Generals Office has entered a limited notice of appearance (Dkt. # 12)..  This action cannot continue without plaintiff naming the proper defendant.

It is Mr. Ellenwwods duty to move the case forward.  Me. Ellenwood is now ordered to SHOW CAUSE why this action should not be dismissed for failure to prosecute.  In responding to this Order to Show

ORDER
Page - 1

Cause, plaintiff needs to place before the court what steps he has taken to obtain the name of the head of the committee that allegedly denied his request for surgery.

Plaintiff will have until **December 26, 2008,** to respond to this order.

The clerk's office is directed to send a copy of this order to plaintiff and counsel who have appeared.

DATED this 1 day of December, 2008.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge