UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON ELLENWOOD,

        Plaintiff,

        v.

DEPARTMENT OF CORRECTIONS
MENTAL/MEDICAL HEALTH *et al.*,

        Defendants,

Case No. C08-5197FDB

ORDER TO PROVIDE SERVICE DOCUMENTS

This case has been referred to the undersigned Magistrate Judge. Plaintiff has been granted leave to proceed *in forma pauperis* and has filed an acceptable complaint (Dkt. # 21) There are no services copies of the complaint. There are, however, 10 Marshal service forms on file. **The clerks office is directed to send Mr. Ellenwood one copy of his amended complaint (Dkt. # 21).**

Plaintiff will provide a copy of the complaint with for each defendant. The copies are due on or before **March 27. 2009.** If copies are not received by that date, the court will recommend this action be dismissed for failure to comply with a court order and failure to prosecute.

The Clerk is directed to send a copy of this Order to plaintiff and note this matter for **March 27, 2009.**

        DATED this 2 day of March 2009.

                      /S/ *J. Kelley Arnold*
                      J. Kelley Arnold
                      United States Magistrate Judge

ORDER
Page - 1