1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

JASON ELLENWOOD,

12                          Plaintiff,

No. C08-5197 FDB

13        v.

14    M.D. DAVE KENNEY, *et al.*,

ORDER ADOPTING REPORT AND
RECOMMENDATION DISMISSING
COMPLAINT WITHOUT PREJUDICE

15

16                          Defendants.

17

18        The Magistrate Judge recommends that this civil rights complaint be dismissed

19 for Plaintiff's failure to comply with court orders and failure to provide service copies.  Plaintiff

20 has not filed objections to the Report and Recommendation.

21        The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

22 Richard Creatura, and the remaining record, does hereby find and ORDER:

23
24        (1)    The Court adopts the Report and Recommendation;

25        (2)    This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and
               failure to comply with a court order.
26

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3)     The Clerk is directed to send copies of this Order to Plaintiff, and to the Hon. J. Richard Creatura.

DATED this 23rd day of June, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2