# United States District Court

WESTERN DISTRICT OF WASHINGTON

JASON ELLENWOOD

              v.

M.D. DAVE KENNEY, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5197FDB

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    The Court adopts the Report and Recommendation; and

    This action is **DISMISSED WITHOUT PREJUDICE**  for failure to prosecute and failure to comply with a court order.

| | |
|---|---|
|    June 23, 2009    |    BRUCE RIFKIN    |
| Date | Clerk |
| | |
| |    *s/CM Gonzalez*    |
| | Deputy Clerk |